UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON



3:26 cr 004

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. |
| | : | |
| **Plaintiff,** | : | I N D I C T M E N T |
| | : | |
| **v.** | : | 18 U.S.C. § 922(g)(1) |
| | : | 18 U.S.C. § 924(c)(1)(A)(ii) |
| **COLBY SMITH,** | : | 18 U.S.C. § 1201(a)(1) |
| | : | 18 U.S.C. § 2119 |
| **Defendant.** | : | |

MICHAEL J. NEWMAN

COUNT ONE

[18 U.S.C. § 1201(a)(1)]

On or about December 9, 2025, in the Southern District of Ohio, defendant **COLBY SMITH** willfully and unlawfully seized, confined, kidnapped, abducted, and carried away an individual identified herein as Adult Male A for ransom and otherwise and, in doing so, defendant **COLBY SMITH** used a means, facility, and instrumentality of interstate commerce – namely, a motor vehicle – in committing and in furtherance of the commission of the offense.

In violation of Title 18, United States Code, Section 1201(a)(1).

## COUNT TWO

[18 U.S.C. § 1201(a)(1)]

On or about December 9, 2025, in the Southern District of Ohio, defendant **COLBY SMITH** willfully and unlawfully seized, confined, kidnapped, abducted, and carried away an individual identified herein as Adult Male B for ransom and otherwise and, in doing so, defendant **COLBY SMITH** used a means, facility, and instrumentality of interstate commerce – namely, a motor vehicle – in committing and in furtherance of the commission of the offense.

In violation of Title 18, United States Code, Section 1201(a)(1).

## COUNT THREE

[18 U.S.C. § 2119]

On or about December 9, 2025, in the Southern District of Ohio, defendant **COLBY SMITH**, with intent to cause death and serious bodily harm, took a motor vehicle that had been transported, shipped, and received in interstate commerce from the person or presence of another – namely, Adult Male B – by force and violence and by intimidation.

In violation of Title 18, United States Code, Section 2119.

## COUNT FOUR

[18 U.S.C. § 924(c)(1)(A)(ii)]

On or about December 9, 2025, in the Southern District of Ohio, defendant **COLBY SMITH** knowingly used, carried, and brandished a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States – namely, carjacking, in violation of Title 18, United States Code, Section 2119, as alleged in Count Three of the Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT FIVE

[18 U.S.C. §§ 922(g)(1) and 924(a)(8)]

On or about December 9, 2025, in the Southern District of Ohio, defendant **COLBY SMITH**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and this firearm was in and affecting commerce, and had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses set forth in Counts Three, Four, and Five of this Indictment, the defendant, **COLBY SMITH**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s), including but not limited to, a Rexio model RJ Series, 38 SPL caliber revolver, serial number 086309, with any attachments and ammunition.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

A TRUE BILL

_____/5_____
Foreperson

DOMINICK S. GERACE II
United States Attorney

_____
BRENT G. TABACCHI
KELLY K. ROSSI
Assistant United States Attorneys